In the Matter of RICHARD L. BAUMGARTEN, for Reinstatement to the Practice of Law. [759 NYS2d 922] —Order entered

terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hurlbutt, Kehoe, Burns and Hayes, JJ.